In the Matter of the Judicial Settlement of the Account of the Proceedings of CENTRAL UNION TRUST COMPANY OF NEW YORK, as Trustee of the Several Trusts Created in and by the Last Will and Testament of CHARLES F. HOFFMAN, Deceased. CENTRAL UNION TRUST COMPANY OF NEW YORK, as Trustee, etc., of CHARLES F. HOFFMAN, Deceased, and as Executor, etc., of the Estate of INEZ H. SPANGOLA, Deceased, Respondent; FREDA BOURDETTE and Others, Respondents, Appellants; CHARLES W. DAYTON and Others, Respondents.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs, payable out of the estate, to all parties appearing and filing briefs. Present — Lazansky, P.J., Hagarty, Seeger, Carswell and Scudder, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ORANGE COUNTY TRUST COMPANY, as Administrator de Bonis Non of EDWARD McKENNA, Deceased. MARY AGNES McKENNA, Individually and as Administratrix, etc., of ALICE DUNN McKENNA, Deceased, and JOSEPHINE E. McKENNA, Appellants; ORANGE COUNTY TRUST COMPANY, Administrator de Bonis Non of EDWARD McKENNA, Deceased, and JOSEPH McKENNA and Others, Respondents.— Decree modified by striking therefrom the provision for an allowance to counsel for the contestants, and matter remitted to the Surrogate's Court of Orange county to proceed in accordance with the provisions of sections 231-a and 278 of the Surrogate's Court Act * for the determination of allowance and costs, and as so modified, unanimously affirmed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

MARGUERITE SITZLER, Respondent, v. RICHARD LATHERS, JR., and Others, Defendants, and RICHARD O'GORMAN, Appellant.— Judgment affirmed, with costs. (Sitzler v. Lathers, 223 App. Div. 675.) Lazansky, P. J., Hagarty and Seeger, JJ., concur; Carswell and Scudder, JJ., dissent.

---

* Respectively added by Laws of 1923, chap. 526, and amd. by Laws of 1928, chap. 702.— [REP.